Anthony Wyatt Graves, Jamestown, ND, pro se.

Jean R. Mullen, Attorney General's Office, Bismarck, ND, for Appellee.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Anthony Graves appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint against the North Dakota State Penitentiary (NDSP). We hold that dismissal was proper regarding the claims for damages because NDSP has Eleventh Amendment immunity from suit. *See P.R. Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 144, 113 S.Ct. 684, 121 L.Ed.2d 605 (1993). Regarding the claims for injunctive relief, we reach the merits and summarily affirm the judgment of the district court. *See* Eighth Cir. Rule 47A(a).

---

**UNITED STATES of America, Appellee,**

v.

**Sedrick Devon NOBLE, Appellant.**

**Nos. 05–1418, 05–1419.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 3, 2006.

Decided: May 3, 2006.

Kyra Jenner, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Sedrick Devon Noble, Federal Transfer Center, Oklahoma City, OK, pro se.

Craig L. Henry, Henry Law Firm, Texarkana, TX, for Appellant.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Sedrick Devon Noble appeals the 28–year prison sentence he agreed to and the district court imposed after Noble pleaded guilty to armed robbery and gun charges. On appeal, counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Having carefully reviewed the record in accordance with *Penson v. Ohio.* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988),

---

1. The Honorable Daniel L. Hovland, Chief Judge, United States District Court for the District of North Dakota.